```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEAN CARLOS LARACUENTE,

                             Plaintiff,                                20-CV-02988 (SN)

                -against-                                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 23, 2021, on stipulation of the parties, the Court remanded this case for further consideration of the plaintiff's application for disability benefits and closed this case. On September 13, 2022, the plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) (ECF No. 33).

The parties are directed to meet and confer in an attempt to resolve this motion without judicial intervention. Should that meeting prove unsuccessful, the defendant is directed to file its opposition papers within 30 days of the motion's filing.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      September 14, 2022
                 New York, New York